**William Robert PENICK, Movant,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

**No. 92–SC–551–KB.**

Supreme Court of Kentucky.

Nov. 19, 1992.

### ORDER

The application of William Robert Penick for reinstatement to the practice of law in the Commonwealth of Kentucky is hereby granted. SCR 3.500(1).

Mr. Penick shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

All concur.

ENTERED: November 19, 1992.

/s/Robert F. Stephens
Chief Justice